# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 09-cr-00336-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE GREGORY SPEED,

    Defendant.

## ORDER RESETTING TRIAL DATES AND DEADLINES

Pursuant to a conference call between counsel and Chambers staff, the Court hereby

ORDERS a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **November 20, 2009, at 4:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a four-day jury trial is set for **December 7, 2009, at 9:00 a.m.** in Courtroom A602.  It is

FURTHER ORDERED that all pretrial motions shall be due by **September 25, 2009** and responses to these motions shall be due by **October 5, 2009**.

    DATED:  September   10  , 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge